VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16576.

*William F. Gallagher*, in support of the petition.

Decided September 13, 2001

STATE OF CONNECTICUT *v.* LLOYD F. MCCARTHY II

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 433 (AC 19738), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Lori Welch-Rubin*, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided September 13, 2001

CITY OF BRIDGEPORT *v.* 2284 CORPORATION, INC.

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 624 (AC 20158), is denied.

*Alexander H. Schwartz*, in support of the petition.

*Russell D. Liskov*, associate city attorney, in opposition.

Decided September 13, 2001